| | |
|---|---|
| 1 | PATRIC LESTER (Bar No. 220092) |
| | Lester & Associates |
| 2 | 5694 Mission Ctr. Rd. |
| | San Diego, California 92108 |
| 3 | Tel.: 619-665-3888 |
| | Fax: 314-241-5777 |
| 4 | pl@lesterlaw.com |

JOE VILLASEÑOR (Bar No. 265703)
**LEGAL AID SOCIETY OF SAN DIEGO, INC.**
110 South Euclid Avenue
San Diego, California 92114
Tel.:  619-471-2655
Fax:  619-263-5697
joev@lassd.org

*Attorneys for Plaintiff*
Adnan Rahman

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADNAN RAHMAN | Civil Action No. 16-cv-02061-JLS-KSC |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF DEFENDANT SAN DIEGO ACCOUNTS SERVICE AFTER SETTLEMENT** |
| vs. | |
| SAN DIEGO ACCOUNTS SERVICE, a California Corporation, doing business as CALIFORNIA ACCOUNTS SERVICE, and DOES 1-10, INCLUSIVE, | |
| Defendants. | |

## JOINT MOTION FOR DISMISSAL OF DEFENDANT SAN DIEGO ACCOUNTS SERVICE AFTER SETTLEMENT

1.  Plaintiff Adnan Rahman ("Plaintiff") and Defendant San Diego Accounts Service dba California Accounts Service ("Defendant") respectfully request dismissal of this action as against Defendant with prejudice.

2.  On or around August 16, 2016, Plaintiff filed his Complaint against Defendant alleging violations of federal Fair Debt Collections Practices Act, California's Rosenthal Fair Debt Collection Practices Act, California Credit Reporting Agencies Act and related consumer protection statutes.

3.  Defendant filed an Answer on November 7, 2016 and a First Amended Answer on November 23, 2016.

5.  As the parties reached a settlement in this case on August 9, 2017 at the Early Neutral Evaluation before Magistrate Judge Karen Crawford and have reduced the settlement to writing, the parties hereby stipulate to dismissal the entire action with prejudice as against all Defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

Dated: September 15, 2017

Respectfully Submitted By:

 s/ Joe Villaseñor
PATRIC LESTER
JOE VILLASEÑOR
*Attorneys for Plaintiff*
Adnan Rahman
Email: pl@lesterlaw.com
Email:  joev@lassd.org

 s/Alex Wade
DAVID KAMINSKI
ALEX WADE
Attorneys for Defendant
Email: KaminskiD@cmtlaw.com
Email: WadeA@cmtlaw.com