UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADNAN RAHMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>SAN DIEGO ACCOUNTS SERVICE, a California corporation, d/b/a CALIFORNIA ACCOUNTS SERVICE, and DOES 1-10, INCLUSIVE,<br><br>                              Defendants. | Case No.: 16-CV-2061-JLS (KSC)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>(ECF No. 28) |

Presently before the Court is Plaintiff Adnan Rahman's and Defendant San Diego Accounts Service dba California Accounts Service's Joint Motion for Dismissal of Defendant After Settlement (ECF No. 28). The parties stipulate to dismiss the entire action against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). (*Id.*) The Court finds Federal Rule of Civil Procedure 41(a)(1) to apply in this matter, which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). In the instant case, the Joint Motion meets the requirements of Rule 41; therefore, the entire action is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. Because this concludes the litigation in this matter, the Clerk **SHALL** close the file.

   **IT IS SO ORDERED.**

Dated: October 3, 2017

                                                                                                              *Janis L. Sammartino*
                                                                                                              Hon. Janis L. Sammartino
                                                                                                              United States District Judge